## (October 14, 1975)

■ RICHARD J. SMITH, Respondent, v MARTIN POSNER, Appellant.—Order, Supreme Court, New York County, entered on May 9, 1975, unanimously affirmed for the reasons stated in the decision of Frank, J., at Special Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur—Markewich, J. P., Kupferman, Capozzoli, Lane and Nunez, JJ.

■ HANS BIENER, as Administrator of the Estate of HEDWIG BIENER, Deceased, et al., Respondents, v HYSTRON FIBERS, INC., Defendant-Appellant and Third-Party Plaintiff, et al., Third-Party Defendant.—Order, Supreme Court, New York County, entered on February 20, 1975, unanimously affirmed for the reasons stated in the opinion of Greenfield, J., at IC Part. Respondents shall recover of appellant $60 costs and disbursements of this appeal. No opinion. Concur—Markewich, J. P., Kupferman, Capozzoli, Lane and Nunez, JJ.

■ In the Matter of INNER CITY SERVICE CORPORATION et al., Appellants, v CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on April 30, 1975, unanimously affirmed on the opinion of Frank, J., at Special Term, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Murphy, Lupiano, Lane and Nunez, JJ.

■ In the Matter of ARNOLD BILLIG et al., Appellants, v JOHN V. LINDSAY et al., Respondents.—Judgment, Supreme Court, New York County, entered on October 24, 1973, unanimously affirmed on opinion of Lupiano, J., at Special Term, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Murphy, Tilzer, Capozzoli and Lane, JJ.

■ ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant, v MCNEIL COAL COMPANY, INC., et al., Defendants, and OLD NATIONAL BANK OF WASHINGTON, Respondent.—Order and judgment, Supreme Court, New York County, entered on November 29 and December 10, 1974, respectively, unanimously affirmed on opinion of Brust, J., at Special Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Murphy, Tilzer, Capozzoli and Lane, JJ.